209 F.2d 954
 101 U.S.P.Q. 1
 TUPPER CORPORATION, Plaintiff, Appellant,
v.
TILTON & COOK CO., Defendant, Appellee.
 No. 4772
 United States Court of Appeals
First Circuit.
 
 Jan. 28,1954.
 Alexander Mencher, New York City, Seder & Seder, Worcester, Mass., on brief, for appellant.
 Melvin R. Jenney, Boston, Mass., Kenway, Jenney, Witter & Hildreth, Boston, Mass., on brief, for appellee.
 Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment appealed from is affirmed upon the opinion of the District Court, 113 F.Supp. 805.